**David L. Hughes     SBN 129411**
**Chad C. Wilcox     SBN 198498**
**BOOTH, MITCHEL & STRANGE LLP**
701 South Parker Street, Suite 6500
P.O. Box 11055
Orange, CA 92856-8155
714/480-8500          FAX 714/480-8533

**Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., a California corporation; JOEL ATKINS; TERRY ATKINS; SHIRLEY ATKINS; CHERYL ATKINS; THOMAS BOWEN; CLAUDIA BOWEN; CJT PARTNERSHIP; CLAUDE E. ATKINS; GLORIA ATKINS; ATKINS FAMILY PARTNERSHIP; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  1:05-cv-00852-REC-LJO<br><br>**ORDER RE VOLUNTARY DISMISSAL OF CERTAIN PARTIES ONLY**<br><br>**(Certificate of Service Attached)** |

GOOD CAUSE APPEARING therefor, it is hereby ordered that defendants CLAUDE E. ATKINS, GLORIA ATKINS and ATKINS FAMILY PARTNERSHIP be dismissed from this action pursuant to Federal Rules of Civil Procedure, Rule 41(a)..

DATED: September  29  , 2005.

                /s/ ROBERT E. COYLE
                JUDGE OF THE UNITED STATES DISTRICT COURT

---

**Order Re Voluntary Dismissal**
135/CCW/51086.1                                    1

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 701 South Parker Street, Suite 6500, Orange, California 92856-8155.

 On September _____, 2005, I served the foregoing document described as **ORDER RE VOLUNTARY DISMISSAL OF CERTAIN PARTIES ONLY** on all interested parties in this action by placing the true copies thereof in sealed envelopes addressed as follows:

 Riley C. Walter
 Justin D. Harris
 Walter Law Group
 7110 North Fresno Street, Suite 400
 Fresno, CA 93720

(**XX**) BY MAIL: I caused such envelope(s) to be deposited in the mail at Orange, CA. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion for the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

( ) BY FACSIMILE: On _____, 2005, I served/transmitted the aforementioned document(s) by facsimile machine, pursuant to California Rules of Court, Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is available upon request.

( ) BY ELECTRONIC TRANSMISSION (E-File) on designated recipient through the NexisLexis CourtLink System. Upon completion of transmission of said documents, a filing receipt is issued to the filing party acknowledging receipt, filing and service by NexisLexis CourtLink's system. A copy of the JusticeLink filing receipt page will be maintained with the original document(s) in our office.

( ) BY OVERNIGHT MAIL: Pursuant to CCP § 1013.

( ) BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee.

 Executed on September _____, 2005, at Orange, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(**XX**) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

               _____
               JOANNE L. COOPER