UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISON

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., a California corporation; JOEL ATKINS; TERRY ATKINS; SHIRLEY ATKINS; CHERYL ATKINS; THOMAS BOWEN; CLAUDIA BOWEN; CJT PARTNERSHIP; CLAUDE E. ATKINS; GLORIA ATKINS; ATKINS FAMILY PARTNERSHIP; and DOES 1 throught 50, inclusive,<br><br>Defendants. | CASE NO.  1:05-CV-00852-LJO<br><br>**ORDER APPROVING STIPULATION RE: PRE-TRIAL DEADLINES**<br><br>Date:  N/A<br>Time:  N/A<br>Place: Courtroom 8<br>Judge: Hon. Lawrence J. O'Neill |

On September 20, 2006, the parties submitted a stipulation styled Joint Stipulation Re: Pre-trial Deadlines.  The Court having considered the parties' stipulation and good cause appearing now therefor,

The Court orders the following new dates for pre-trial matters:

Expert Disclosure: **November 17, 2006.**

Supplemental Expert Disclosure: **December 1, 2006.**

Non-expert discovery cutoff and deadline for hearing on non-expert discovery motions (including motions to compel): **December 1, 2006.**

Expert discovery cutoff and deadline for hearing on related discovery motions: **December 15, 2006.**

IT IS SO ORDERED.

**Dated:   September 22, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE