**David L. Hughes    SBN 129411**
**James G. Stanley   SBN 138696**
**BOOTH, MITCHEL & STRANGE LLP**
701 South Parker Street, Suite 6500
P.O. Box 11055
Orange, CA 92856-8155
714/480-8500        FAX 714/480-8533

**Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>            Plaintiff,<br><br>     vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., a California corporation; JOEL ATKINS; TERRY ATKINS; SHIRLEY ATKINS; CHERYL ATKINS; THOMAS BOWEN; CLAUDIA BOWEN; CJT PARTNERSHIP; CLAUDE E. ATKINS; GLORIA ATKINS; ATKINS FAMILY PARTNERSHIP; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  CV-F-05-0852 LJO<br><br>**STIPULATION TO CONTINUE PRETRIAL DATES AND TRIAL DATE AND ORDER THEREON** |

Due to new counsel being retained and appearing for the Defendants, and Plaintiffs moving to disqualify the new counsel, and the need to have the issue of representation resolved before this case may proceed on course, it is hereby stipulated between the parties, by and through their attorneys of record, the dates set forth in the Scheduling Order and any amendments thereto be continued to the new dates proposed below:

| | Old Date | New Date |
|---|---|---|
| Expert disclosure | 12/15/06 | 3/9/07 |
| Supplemental Expert Disclosure | 12/29/06 | 3/23/07 |

| | | |
|---|---|---|
| Non-expert Discovery Cutoff | 12/1/06 | 4/27/07 |
| Expert Discovery Cutoff | 1/12/07 | 5/11/07 |
| Pretrial Motion Filing Deadline | 12/8/06 | 4/23/07 |
| Pretrial Motion Deadline | 1/12/07 | 5/25/07 |
| Pretrial Conference | 2/1/07 | 6/7/07 at 8:30 a.m. |
| Trial Date | 3/12/07 | **7/23/07 at 9 a.m. new** |

In addition, per stipulation of the parties, discovery is currently suspended until such time as the Court rules on Plaintiffs' motion to disqualify counsel. Once the Court has ruled on that motion, any outstanding discovery would become immediately enforceable at a time and date agreeable to the parties.

DATED: November 15, 2006.                BOOTH, MITCHEL & STRANGE LLP


By:_____/s James G. Stanley_____
    JAMES G. STANLEY
    Attorneys for Plaintiffs
    TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA; UNITED
    STATES FIDELITY & GUARANTY
    COMPANY


DATED: November 15, 2006.                BRAUN & MELUCCI LLP


By:_____/s Kerri Melucci_____
    KERRI MELUCCI
    Attorneys for Defendants
    CLAUDE E. ATKINS ENTERPRISES, INC.
    JOEL ATKINS; TERRY ATKINS; SHIRLEY
    ATKINS; CHERYL ATKINS; THOMAS
    BOWEN; CLAUDIA BOWEN; CJT
    PARTNERSHIP

## **O R D E R**

Good cause appearing therefor, and pursuant to stipulation between the parties, the Court orders that the pretrial dates and trial date be continued as noted above. Discovery is

1 currently suspended until the court has ruled on Plaintiffs' Motion to Disqualify Counsel.

2     IT IS SO ORDERED.

3 **Dated:   November 16, 2006**         /s/ Lawrence J. O'Neill
66h44d                                             UNITED STATES MAGISTRATE JUDGE