David L. Hughes, Bar No. 129411
Stacie L. Brandt, Bar No. 166399
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
(714) 480-8500 fax (714) 480-8533
dlhughes@boothmitchel.com

Attorneys for Plaintiffs, TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA and
UNITED STATES FIDELITY & GUARANTY CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 1:05-cv-00852 SMS<br><br>[Assigned to Hon. Sandra M. Snyder]<br><br>STIPULATION RE TRIAL AND RELATED DATES; ORDER |

Plaintiffs and Counter-defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") and UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G") ( referred to collectively as "Plaintiffs" or "SURETY") and Defendants JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN and Defendant and Counter-claimant CLAUDE E. ATKINS ENTERPRISES, INC. (referred to collectively as "Defendants" or "ATKINS"), by and through their

attorneys of record, stipulate and agree as follows:

WHEREAS, on July 7, 2005, SURETY filed its First Amended Complaint in this matter.

WHEREAS, on November 19, 2007, ATKINS filed its Counterclaim in this matter.

WHEREAS, the Parties agree that the issues in the case are sufficiently detailed and complex to require additional time to prepare for trial.

WHEREAS, the Parties agree to continue the trial and related dates, as follows:

|  | Old Date | New Date |
|---|---|---|
| Expert Disclosure | December 14, 2007 | March 28, 2008 |
| Supp. Expert Disclosure | January 11, 2008 | April 18, 2008 |
| Exchange Expert Reports | none set | May 16, 2008 |
| Settlement Conference (Judge Beck)* | February 28, 2008 | June 19, 2008 10:00 Ctrm #9 |
| Non-dispositive Motion Filing Deadline | February 29, 2008 | July 1, 2008 |
| Discovery Cutoff (expert and non) | February 22, 2008 | July 31, 2008 |
| Dispositive Motion Filing Deadline | March 21, 2008 | August 1, 2008 |
| Pretrial Conference | May 8, 2008 | September 9, 2008 at 2:00pm Ctrm #7 |
| Trial Date | June 16, 2008 | November 3, 2008 at 9:00am Ctrm #7 |

(* The Settlement Conference date of June 19, 2008, at 10:00 a.m. was confirmed with Judge Beck's chambers.)

Prepared by:

BOOTH, MITCHEL & STRANGE LLP

/s/ Stacie L. Brandt                              Dated: December 4, 2007
By:   David L. Hughes
      Stacie L. Brandt

1 | Attorneys for Plaintiffs TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and
2 | UNITED STATES FIDELITY AND GUARANTY COMPANY

      IT IS SO STIPULATED.

                              BOOTH, MITCHEL & STRANGE LLP

Dated: December 4, 2007           /s/ Stacie L. Brandt
                                          By:    David L. Hughes
                                                   Stacie L. Brandt
                                         Attorneys for Plaintiffs TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and UNITED STATES FIDELITY AND GUARANTY COMPANY

                                         BRAUN & MELUCCI, LLP

Dated: December 4, 2007           /s/ William J. Braun
                                          By:    Kerri M. Melucci
                                                 William J. Braun
                                         Attorneys for Defendants CLAUDE E. ATKINS ENTERPRISES, INC., JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN

## **ORDER**

                                  IT IS SO ORDERED.

**Dated:   December 7, 2007**           **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE