David L. Hughes, Bar No. 129411
Stacie L. Brandt, Bar No. 166399
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
(714) 480-8500 fax (714) 480-8533
dlhughes@boothmitchel.com

Attorneys for Plaintiffs, TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA and
UNITED STATES FIDELITY & GUARANTY CO.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CLAUDE E. ATKINS ENTERPRISES, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 1:05-cv-00852-SMS <br><br> [Assigned to Hon. Sandra M. Snyder] <br><br> STIPULATION RE TRIAL AND RELATED DATES; **ORDER** |

   Plaintiffs and Counter-defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") and UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G") ( referred to collectively as "Plaintiffs" or "SURETY") and Defendants JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN and Defendant and Counter-claimant CLAUDE E. ATKINS ENTERPRISES, INC. (referred to collectively as "Defendants" or "ATKINS"), by and through their

attorneys of record, stipulate and agree as follows:

WHEREAS, on July 7, 2005, SURETY filed its First Amended Complaint in this matter.

WHEREAS, on November 19, 2007, ATKINS filed its Counterclaim in this matter.

WHEREAS, the Parties agree that the issues in the case are sufficiently detailed and complex to require additional time to prepare for trial.

WHEREAS, the Parties agree to continue the trial and related dates, as follows:

|  | Original Date | 2d Date | New Date |
|---|---|---|---|
| Expert Disclosure | Dec 14, 2007 | March 28, 2008 | done |
| Supp. Expert Disclosure | Jan 11, 2008 | April 18, 2008 | done |
| Exchange Expert Reports | none set | May 16, 2008 | July 31, 2008 |
| Settlement Conf (Judge Beck)* | February 28, 2008 | **June 19, 2008 10:00** | same |
| Non-disp Motion Filing Deadline | February 29, 2008 | July 1, 2008 | same |
| Discovery Cutoff (expert and non) | February 22, 2008 | July 31, 2008 | August 10, 2008 |
| Disp Motion Filing Deadline | March 21, 2008 | August 1, 2008 | Sept 9, 2008 |
| Pretrial Conference | May 8, 2008 | September 9, 2008 | same |
| Trial Date | June 16, 2008 | November 3, 2008 | same |

(* The Settlement Conference date of June 19, 2008, at 10:00 a.m. was confirmed with Judge Beck's chambers.)

Prepared by:

BOOTH, MITCHEL & STRANGE LLP

/s/ Stacie L. Brandt            Dated: April 30, 2008
By:   David L. Hughes
      Stacie L. Brandt
Attorneys for Plaintiffs TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and UNITED STATES FIDELITY AND GUARANTY COMPANY

IT IS SO STIPULATED.

BOOTH, MITCHEL & STRANGE LLP

Dated: April 30, 2008          /s/ Stacie L. Brandt
                               By:    David L. Hughes
                                      Stacie L. Brandt
                               Attorneys for Plaintiffs TRAVELERS CASUALTY
                               AND SURETY COMPANY OF AMERICA and
                               UNITED STATES FIDELITY AND GUARANTY
                               COMPANY


BRAUN & MELUCCI, LLP


Dated: May 1, 2008             /s/ William J. Braun
                               By:    Kerri M. Melucci
                                      William J. Braun
                               Attorneys for Defendants CLAUDE E. ATKINS
                               ENTERPRISES, INC., JOEL ATKINS, TERRY
                               ATKINS, SHIRLEY ATKINS, CHERYL ATKINS,
                               THOMAS BOWEN, and CLAUDIA BOWEN

### ORDER

IT IS SO ORDERED.

**Dated:   May 15, 2008**              **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE

51086/ Stip re Trial Dates (103)          - 3 -
STIPULATION RE TRIAL AND RELATED DATES; [PROPOSED] ORDER