David L. Hughes, Bar No. 129411
Stacie L. Brandt, Bar No. 166399
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
(714) 480-8500 fax (714) 480-8533
dlhughes@boothmitchel.com

Attorneys for Plaintiffs, TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA and
UNITED STATES FIDELITY & GUARANTY CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., et al.,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 1:05-cv-00852-SMS<br><br>[Assigned to Hon. Sandra M. Snyder]<br><br>STIPULATION RE TRIAL AND RELATED DATES; ORDER |

　　　Plaintiffs and Counter-defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") and UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G") ( referred to collectively as "Plaintiffs" or "SURETY") and Defendants JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN and Defendant and Counter-claimant CLAUDE E. ATKINS ENTERPRISES, INC. (referred to collectively as "Defendants" or "ATKINS"), by and through their attorneys of record, stipulate and agree as follows:

　　　WHEREAS, on July 7, 2005, SURETY filed its First Amended Complaint in this matter.

　　　WHEREAS, on November 19, 2007, ATKINS filed its Counterclaim in this

matter.

WHEREAS, the Parties agree that the issues in the case are sufficiently detailed and complex to require additional time for expert preparation.

WHEREAS, the Parties agree to continue the dates related to the trial date, but not the trial date, as follows:

|  | Original Date | 2d Date | 3d Date | New Date |
|---|---|---|---|---|
| Expert Disclosure | Dec 14, 2007 | Mar 28, 2008 |  | done |
| Supp. Expert Disclosure | Jan 11, 2008 | Apr 18, 2008 |  | done |
| Exchange Expert Reports | none set | May 16, 2008 | Jul 31, 08 | Aug 29, 2008 |
| Expert Rebuttal Reports |  |  |  | Oct 31, 2008 |
| Settlement(Judge Beck)* | Feb 28, 2008 | June 19, 2008 10:00 |  |  |
| Non-disp Motion Filing | Feb 29, 2008 | July 1, 2008 | same | Nov 3, 2008 |
| Discovery Cutoff (expert and non) | Feb 22, 2008 | July 31, 2008 | Aug 10, 08 | Oct 31, 2008 |
| Disp Motion Filing | Mar 21, 2008 | Aug 1, 2008 | Sept 9, 08 | same |
| Pretrial Conference | May 8, 2008 | Sept 9, 2008 | same | same |
| Trial Date | June 16, 2008 | Nov 3, 2008 | same | same |

(* The Settlement Conference date of June 19, 2008, at 10:00 a.m. was canceled by Judge Beck.)

Prepared by:

BOOTH, MITCHEL & STRANGE LLP

/s/ Stacie L. Brandt                    Dated: June 24, 2008
By:    David L. Hughes
       Stacie L. Brandt
Attorneys for Plaintiffs TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and UNITED STATES FIDELITY AND GUARANTY COMPANY

IT IS SO STIPULATED.

BOOTH, MITCHEL & STRANGE LLP

Dated: June 24, 2008

/s/ Stacie L. Brandt
By:   David L. Hughes
      Stacie L. Brandt
Attorneys for Plaintiffs TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and UNITED STATES FIDELITY AND GUARANTY COMPANY

BRAUN & MELUCCI, LLP

Dated: June 24, 2008

/s/ William J. Braun
By:   Kerri M. Melucci
      William J. Braun
Attorneys for Defendants CLAUDE E. ATKINS ENTERPRISES, INC., JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN

## **ORDER**

IT IS SO ORDERED.

**Dated:   June 26, 2008**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE