David L. Hughes, Bar No. 129411
Stacie L. Brandt, Bar No. 166399
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
(714) 480-8500 fax (714) 480-8533
dlhughes@boothmitchel.com

Attorneys for Plaintiffs, TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA and
UNITED STATES FIDELITY & GUARANTY CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., et al.,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 1:05-cv-00852-SMS<br><br>[Assigned to Hon. Sandra M. Snyder]<br><br>STIPULATION RE TRIAL AND RELATED DATES; ORDER (New Revised Dates*) |

Plaintiffs and Counter-defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") and UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G") ( referred to collectively as "Plaintiffs" or "SURETY") and Defendants JOEL ATKINS, TERRY ATKINS, SHIRLEY ATKINS, CHERYL ATKINS, THOMAS BOWEN, and CLAUDIA BOWEN and Defendant and Counter-claimant CLAUDE E. ATKINS ENTERPRISES, INC. (referred to collectively as "Defendants" or "ATKINS"), by and through their attorneys of

1  record, stipulate and agree as follows:

2      WHEREAS, on July 7, 2005, SURETY filed its First Amended Complaint in this matter.

3      WHEREAS, on November 19, 2007, ATKINS filed its Counterclaim in this matter.

4      WHEREAS, the Parties agree that the issues in the case are sufficiently detailed and
5  complex to additional time to prepare for trial.

6      WHEREAS, the Parties agree to continue the trial and related dates and request a Settlement
7  Conference date, as follows:

|  | Current Date | New Date |
|---|---|---|
| Exchange Expert Reports | August 29, 2008 | September 19, 2008 |
| Settlement Conference | None | September 11, 2008 |
| Expert Rebuttal Reports | October 31, 2008 | November 14, 2008 |
| Non-dispositive Motion Filing Deadline | November 3, 2008 | January 1, 2009 |
| Discovery Cutoff (expert and non) | October 31, 2009 | January 1, 2009 |
| Pretrial Statements are to be filed | August 28, 2998 | January 15, 2009 |
| Dispositive Motion Filing Deadline | September 9, 2008 | No change |
| Pretrial Conference | September 4, 2008 | January 22, 2009 |
| Trial Date | November 3, 2008 | February 9, 2009 |

17      IT IS SO STIPULATED.        BOOTH, MITCHEL & STRANGE LLP

18
Dated: August 15, 2008                /s/ David L. Hughes
19                          By:   David L. Hughes
                                  Stacie L. Brandt
20                          Attorneys for Plaintiffs TRAVELERS CASUALTY
                            AND SURETY COMPANY OF AMERICA and
21                          UNITED STATES FIDELITY AND GUARANTY
                            COMPANY
22

23                          BRAUN & MELUCCI, LLP

24
Dated: August 15, 2008                /s/ William J. Braun
25                          By:   Kerri M. Melucci
                                  William J. Braun
26                          Attorneys for Defendants CLAUDE E. ATKINS
                            ENTERPRISES, INC., JOEL ATKINS, TERRY
27                          ATKINS, SHIRLEY ATKINS, CHERYL ATKINS,
                            THOMAS BOWEN, and CLAUDIA BOWEN
28

**ORDER**

| | Current Date | New Revised* Dates |
|---|---|---|
| Exchange Expert Reports | August 29, 2008 | September 19, 2008 |
| Settlement Conference | None | December 2, 2008 * - at 10:00a.m. before Judge Beck (Previously suggested September 11, 2008) |
| Expert Rebuttal Reports | October 31, 2008 | November 14, 2008 |
| Non-dispositive Motion Filing Deadline | November 3, 2008 | January 5, 2009 * (Previously suggested January 1, 2009) |
| Discovery Cutoff (expert and non) | October 31, 2009 | January 5, 2009 * (Previously suggested January 1, 2009) |
| JOINT Pretrial Statement are to be filed | August 28, 2998 | February 3, 2009 * (Previously suggested January 15, 2009) |
| Dispositive Motion Filing Deadline | September 9, 2008 | No Change |
| Pretrial Conference | September 4, 2008 | February 10, 2009 * - at 11:00a.m. before Judge Snyder (Previously suggested January 22, 2009) |
| Trial Date | November 3, 2008 | April 13, 2009 * - at 9:00a..m. before Judge Snyder (Previously suggested February 9, 2009) |

IT IS SO ORDERED.

**Dated:   August 27, 2008**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE