David L. Hughes, Bar No. 129411
Stacie L. Brandt, Bar No. 166399
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
(714) 480-8500 fax (714) 480-8533
dlhughes@boothmitchel.com

Attorneys for Plaintiffs, TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA and
UNITED STATES FIDELITY & GUARANTY CO.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 1:05-cv-00852 SMS<br><br>[Assigned to Hon. Sandra M. Snyder]<br><br>EX PARTE REQUEST FOR NEW DATES; ORDER |

Plaintiffs and Counter-defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") and UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G") ( referred to collectively as "Plaintiffs" or "SURETY") by and through their attorneys of record, hereby apply Ex Parte for new dates on scheduled matters in order to correspond with the Court's re-scheduling of Plaintiff's Motion For Summary Judgment from October 31, 2008 to January 16, 2009.

WHEREAS, on July 7, 2005, SURETY filed its First Amended Complaint in this matter.

WHEREAS, on November 19, 2007, ATKINS filed its Counterclaim in this matter.

1  WHEREAS, on September 8, 2008, Plaintiffs filed a Motion for Summary
2 Judgment, or in the Alternative Summary Adjudication ("Motion"), which the Court
3 set for hearing on October 31, 2008.

4  WHEREAS, on October 3, 2008, the Court held proceedings to address
5 Defendants' request to continue the Motion hearing date.  The Court vacated the
6 October 31, 2008 hearing date, subject to being re-calendared on the suggested date
7 of January 16, 2009.  The Parties agreed to meet and confer to continue additional
8 dates.

9  WHEREAS, the Parties, having met and conferred, were unable to agree on
10 continued dates and on November 3, 2008, enlisted the assistance of the Honorable
11 Sandra M. Snyder. Upon the basis of the hearing, SURETY hereby submits its Ex
12 Parte request for new dates as follows:

|    | | Date as of 8/27/08 | Proposed New Date |
|----|---|---|---|
| 14 | Expert Disclosure | done | |
| 15 | Supp. Expert Disclosure | done | |
| 16 | Exchange Expert Reports | done | |
| 17 | Disp Motion Filing | done (except that Plaintiffs may re-calendar their previously | |
| 18 | | filed motion with supplements to be heard January 16, 2009 | |
| 19 | MSJ Suggest Hearing Date | | Jan. 16, 2009 |
| 20 | Expert Rebuttal Reports | Nov. 14, 2008 | Jan. 30, 2009 |
| 21 | Settlement Conf (Judge Beck)* | Dec. 2, 2008 10:00 | |
| 22 | Non-disp Motion Filing | Jan. 5, 2009 | Mar. 19, 2009 |
| 23 | Discovery Cutoff (expert and non) | Jan. 5, 2009 | Mar. 19, 2009 |
| 24 | Pretrial Conference | Feb. 10, 2009 | May 5, 2009 |
| 25 | Trial Date | April 13, 2009 | July 6, 2009 |

26 (* The Settlement Conference date of June 19, 2008, at 10:00 a.m. was canceled by Judge Beck.)
27 ///
28 ////

1  Upon the basis of the foregoing, SURETY respectfully requests the Court review and approve the
2  new dates as requested above.
3
4  Dated: November 3, 2008                    BOOTH, MITCHEL & STRANGE LLP
5
6                                             /s/ David L. Hughes
                                              By:    David L. Hughes
7
                                              Attorneys for Plaintiffs TRAVELERS CASUALTY
8                                             AND SURETY COMPANY OF AMERICA and
                                              UNITED STATES FIDELITY AND GUARANTY
9                                             COMPANY
10
11
                                    **ORDER**
12
13        The Court approves the new dates as follows:
14                         SUGGESTED DATE
                                and
15                       COURT APPROVED DATE

16  MSJ  Hearing Date              Jan. 16, 2009         at 9:30am in Courtroom #7 (SMS)
17  Expert Rebuttal Reports        Jan. 30, 2009
18  Settlement Conf (Judge Beck)*  Dec. 2, 2008 10:00    in Courtroom #9
19  Non-disp Motion Filing         Mar. 19, 2009
20  Discovery Cutoff (expert and non)  Mar. 19, 2009
21  Pretrial Conference (was 2/10/09)  May 5, 2009       at 11:00am in Courtroom #7 (SMS)
22  Jury Trial Date (was 4/3/09)   July 6, 2009          at 9:00am in Courtroom #7 (SMS)
23
24
25        IT IS SO ORDERED.
26
27  Dated: 11/6/2008                           /s/ Sandra M. Snyder
                                               JUDGE MAGISTRATE,
28                                             United States District Court

51086/ Stip re Trial Dates (103)              - 3 -
STIPULATION RE TRIAL AND RELATED DATES; [PROPOSED] ORDER