1  **David L. Hughes    SBN 129411**
   **James G. Stanley    SBN 138696**
2  **BOOTH, MITCHEL & STRANGE LLP**
   **701 South Parker Street, Suite 6500**
3  **P.O. Box 11055**
   **Orange, CA 92856-8155**
4  **714/480-8500          FAX 714/480-8533**

5  **Attorneys for Plaintiffs TRAVELERS CASUALTY**
   **AND SURETY COMPANY OF AMERICA; UNITED**
6  **STATES FIDELITY & GUARANTY COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>       Plaintiff,<br><br>vs.<br><br>CLAUDE E. ATKINS ENTERPRISES, INC., a California corporation; JOEL ATKINS; TERRY ATKINS; SHIRLEY ATKINS; CHERYL ATKINS; THOMAS BOWEN; CLAUDIA BOWEN; CJT PARTNERSHIP; CLAUDE E. ATKINS; GLORIA ATKINS; ATKINS FAMILY PARTNERSHIP; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 1:05-cv-00852-SMS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action and all counter-claims be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1) and pursuant to the Compromise Settlement Agreement and Mutual Release attached hereto as Exhibit "A" and incorporated herein by this reference.

DATED: March_13_, 2009.                    BOOTH, MITCHEL & STRANGE LLP


                                                       By: /s/ David L. Hughes
                                                          DAVID L. HUGHES, Attorneys for Plaintiffs

```
DATED: March  13   , 2009.          BRAUN & MELUCCI LLP


                                    By:  /s/ William L. Braun
                                         WILLIAM L. BRAUN
                                         Attorneys for Defendants


                                    **O R D E R**


IT IS SO ORDERED.

**Dated:    March 19, 2009              /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE
```